1  Tracy Torzkadeh (CA Bar No. 258170)
2  **THE TORKZADEH LAW FIRM**
3  11601 Wilshire Blvd. Ste. 500
   Los Angeles, CA 90025
4  Tel: (310) 935-1111 / Fax: (800) 979-0262
   E-mail: Tracy@TorkLaw.com
5

6  Attorneys for Plaintiff
   Mohammad Ali Hedayati
7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10 MOHAMMAD ALI HEDAYATI,        | Case No. 8:16-cv-846

11         Plaintiff(s),

12                                | COMPLAINT FOR DAMAGES FOR
                                  | VIOLATIONS OF THE FDCPA (15
13      v.                        | U.S.C. §§ 1692, *et. seq.*)

14 THE PERRY LAW FIRM, APLC; and  | JURY TRIAL DEMANDED
   DOES 1-10, Inclusive,
15

16         Defendant(s).

17

18     NOW COMES plaintiff MOHAMMAD ALI HEDAYATI, by and through

19 his attorneys, The Torkzadeh Law Firm, in his claim for damages against

20 defendant(s) THE PERRY LAW FIRM, APLC; and DOES 1-10, Inclusive.  Upon

21 information and belief, Plaintiff alleges as follows:

22                          **I. INTRODUCTION**

23 1.     This is a consumer action brought pursuant to the Fair Debt Collection

24 Practices Act ("FDCPA"), 15 U.S.C. §§ 1692, *et. seq.*, that was enacted by the

25 United States Congress after it found abundant evidence of the use of abusive,

**TORK**

deceptive and unfair collections practices by many debt collectors contributing to personal bankruptcies, marital instability, loss of jobs and invasions of individual privacy.  Congress intended the FDCPA to eliminate abusive debt collection practices by debt collectors, to insure that those debt collectors who do refrain from using abusive debt collection practices are not competitively disadvantaged and to promote consistent State action to protect consumers against debt collections abusers.

## II. JURISDICTION

2.      Subject matter jurisdiction of this Court arises under 28 U.S.C. §§ 1331, 1337 and 15 U.S.C. § 1692k(d).  Supplemental jurisdiction exists for the state law claims, if any, pursuant to 28 U.S.C. § 1367.  Declaratory relief is available pursuant to 28 U.S.C. §§ 2201, 2202.

3.      This action arises out of Defendant's violations of the FDCPA, 15 U.S.C. § 1692, *et. seq*.  While many of the violations are described below with specificity, this Complaint alleges violations of the statutes cited in their entirety.

## III. VENUE

4.      Venue is this judicial district is proper pursuant to 28 U.S.C. § 1391(b)(2) in that a substantial part of the events or omissions giving rise to the claim occurred in this judicial district.  Venue is also proper in this judicial district pursuant to 15 U.S.C. § 1692k(d) in that Defendant transacts business in this judicial district and the violations of the FDCPA complained of occurred in this judicial district.

## IV. PARTIES

5.      Plaintiff MOHAMMAD ALI HEDAYATI is a natural person residing in Orange County, California.  At all relevant times, Plaintiff was and is a "consumer" within the meaning of 15 U.S.C. § 1692(a)(3).

TORK

6.      Defendant THE PERRY LAW FIRM, APLC ("PERRY") is a corporation organized under the laws of the state of California and its principal place of business is located at 20523 Crescent Bay Dr. Fl. 2, Lake Forest, Orange County, CA 92630.  PERRY may be served as follows: The Perry Law Firm, APLC, c/o Michael R. Perry, Founder / Senior Partner, 20523 Crescent Bay Dr. Fl. 2, Lake Forest, Orange County, CA 92630.  Upon information and belief, the principal business of PERRY is the collection of defaulted consumer debt using the mails, telephone and other instrumentalities of interstate commerce and PERRY regularly attempts to collect, both directly and indirectly, consumer debt asserted to be due another.  According to its website, PERRY has collected over $4,000,000.00 in delinquent common-interest-development assessments since 2011 for its more than 250 community association clients. *See* https://perrylaw.us.  PERRY is thus a "debt collector" per 15 U.S.C. § 1692a(6).

7.      Defendant DOE is an unknown individual or business entity engaged in the business of collecting defaulted consumer debt in this state.  The true name of Defendant DOE is unknown to Plaintiff at this time and Plaintiff therefore sues said Defendant by such fictitious name.  Plaintiff is informed and believes, and thereon alleges, that at all relevant times, Defendant DOE was an individual, limited liability company, corporation or business entity of unknown form that has resided in, has done or is doing business in the state of California.  Plaintiff will seek leave of the Court to replace the fictitious name of Defendant DOE with the true name when Plaintiff discover it.  Plaintiff is informed and believes, and thereon alleges, that Defendant DOE is a "debt collector" within the meaning of 15 U.S.C. § 1692a(6).  Plaintiff is informed and believes, and thereon alleges, that Defendant DOE is vicariously liable to Plaintiff for the acts of PERRY.

TORK

8.     At all relevant times, each Defendant has committed acts, caused others to commit acts, ratified the commission of acts or permitted others to commit acts alleged herein and has made, caused, ratified or permitted others to make the untrue or misleading representations alleged herein.

9.     Each reference herein to "Defendant," "Defendants" or a specifically named Defendant refers to each of the DOE defendants sued under fictitious names.  Each reference herein to any act of "Defendant," "Defendants" or a specifically named defendant shall mean that each Defendant acted individually and jointly with the other Defendants.  Unless otherwise indicated, the use of any Defendant's name herein includes all agents, employees, officers, members, directors, heirs, successors, assigns, principles, trustees, sureties, subrogees, representatives, and insurers of that Defendant.

## V. FACTUAL ALLEGATIONS

10.    On August 27, 2015, PERRY commenced a lawsuit in Orange County Superior Court under Case# 30-2015-00806689-CL-BC-CJC against defendant Mohammad Hedayati to recover delinquent common-interest-development assessments related to real property located at 5011 Corkwood Ln, Irvine, Orange County, CA 92614.  The debt, totaling $7,635.26, was incurred primarily for personal, family or household purposes and is thus a "debt" as that term is defined by 15 U.S.C. § 1692a(5).

11.    In September 2015, PERRY served said lawsuit upon Plaintiff MOHAMMAD ALI HEDAYATI.  Shortly thereafter, Plaintiff contacted PERRY to inform them that Plaintiff was not the correct Mohammad Hedayati named in suit and never owned any interest in the real property that was the subject of PERRY'S lawsuit.

TORK

12.    PERRY ignored Plaintiff's dispute of the debt, refused to investigate Plaintiff's claims and continued collection of the debt against Plaintiff.  Though Plaintiff has continued to dispute the debt with PERRY, PERRY has continued to ignore the dispute, continued with its erroneous litigation and has even filed abstracts of judgments against Plaintiff's property.

## VI. FIRST CAUSE OF ACTION:

### VIOLATION OF THE FDCPA (15 U.S.C. §§ 1692, *ET. SEQ.*)

13.    Plaintiff brings this first claim for relief against Defendant under the FDCPA, 15 U.S.C. §§ 1692, *et. seq*.

14.    Plaintiff incorporates all preceding paragraphs in this Complaint as though fully set forth herein.

15.    Plaintiff is a "consumer" as that term is defined by 15 U.S.C. § 1692a(3).

16.    Defendant is a "debt collector" as that term is defined by 15 U.S.C. § 1692a(6).

17.    The financial obligation alleged to be owed by Plaintiff is a "debt" as that term is defined by 15 U.S.C. § 1692a(5).

18.    Defendant has violated the FDCPA.  The violations include, but are not limited to, the following:

    a.    Defendant's conduct runs afoul of the FDCPA in that it violates 15 U.S.C. § 1692e(2)(A): falsely representing the character and legal status of the debt;

    b.    Defendant's conduct runs afoul of the FDCPA in that it violates 15 U.S.C. §§ 1692e, e(10): using false, misleading and deceptive means in connection with the attempt to collect a debt;

///

TORK

c.      Defendant's conduct runs afoul of the FDCPA in that it violates 15 U.S.C. § 1692f: using unfair and unconscionable means in an attempt to collect a debt;

d.      Defendant's conduct runs afoul of the FDCPA in that it violates 15 U.S.C. § 1692f(1): attempting to collect an amount not permitted by agreement or law; and

e.      Defendant failed within five days after its initial communication with Plaintiff to send written notice as required by 15 U.S.C. § 1692g(a).

19.     Defendant's acts as described above were done knowingly and intentionally with the purpose of coercing Plaintiff to pay her debt.

20.     As a result of Defendant's violations of the FDPCA, Plaintiff has been caused to suffer mental anguish by way of embarrassment, shame, anxiety, fear, and feelings of despair.

21.     As a result of Defendant's violations of the FDPCA, Plaintiff is entitled to an award of statutory damages, actual damages, costs and reasonable attorney's fees pursuant to 15 U.S.C. § 1692k.

## VII. PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays this Court:

a)   Assume jurisdiction in this proceeding;

b)   Declare that Defendant violated the FDCPA, including, but not limited to, 15 U.S.C. §§ 1692e, 1692e(2)(A), 1692e(10), 1692f, 1692f(1) and 1692g(a);

c)   Award Plaintiff actual damages pursuant to 15 U.S.C. § 1692k(a)(1);

d)   Award Plaintiff the maximum amount of statutory damages available pursuant to 15 U.S.C. § 1692k(a)(2);

///

TORK

e) Award Plaintiff the costs of this action and reasonable attorney's fees pursuant to 15 U.S.C. § 1692k(a)(3); and

f) Award Plaintiff such other and further relief deemed proper and just.

Date: May 5, 2016                      Respectfully submitted,

                                       **THE TORKZADEH LAW FIRM**


                                       By: /s/ Tracy R. Horn
                                            Tracy R. Horn (SBN: 258170)

                                       ATTORNEYS FOR PLAINTIFF


                          **DEMAND FOR JURY TRIAL**

        PLEASE TAKE NOTICE that Plaintiff, MOHAMMAD ALI HEDAYATI, hereby demands a trial by jury of all triable issues of fact in the above-captioned case.


                                       /s/ Tracy R. Horn
                                       Tracy R. Horn

**TORK**