ANDREW P. RUNDQUIST SBN 262523
LAW OFFICE OF ANDREW P. RUNDQUIST
501 W Broadway Suite A144
San Diego CA 92101
Tel. (619)992-9148
andrew@rundquistlaw.com

Attorney for Plaintiff
Mohammad Ali Hedayati

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| MOHAMMAD ALI HEDAYATI,<br><br>　　　　　　　Plaintiffs,<br><br>v.<br><br>THE PERRY LAW FIRM, APLC; AND DOES 1-10, INCLUSIVE<br><br>　　　　　　　Defendants. | Case No. 8:16-cv-00846-DOC-DFM<br><br>**PLAINTIFF MOHAMMAD ALI HEDAYATI'S REQUEST FOR JUDICIAL NOTICE and BASIS FOR REQUESTING JUDICIAL NOTICE**<br><br>**Final Pre-Trial Conference: May 31st, 2017**<br>**Time: 2pm**<br>**Trial: May 31st, 2017**<br>**Time: 2pm**<br>**Judge: David O. Carter** |

## REQUEST FOR JUDICIAL NOTICE
## BASIS FOR REQUESTING JUDICIAL NOTICE

　　　Federal Rule of Evidence 201(d) requires a Court to take judicial notice of an "adjudicative fact" upon request of a party, including pleadings, motions and orders filed and issued.  FRE 201 governs what matters properly may be judicially noticed by federal courts. Courts may only take notice of "adjudicative facts" which are facts "not subject to reasonable dispute in that they are either (1) generally known within the territorial jurisdiction of the trial court or (2) are capable of accurate and ready determination by resort to sources whose accuracy cannot be reasonably questioned." FRE 201(a),

- 1 -

Plaintiff's Request for Judicial Notice and Basis for Requesting Judicial Notice    Case No. 8:16-cv-00846-DOC-DFM

(b). A court may take judicial notice whether it is requested or not. FRE 201(c).

However, a court shall take judicial notice if requested by a party and supplied with the "necessary information." FRE 201(d). A party is entitled upon timely request to an opportunity to be heard as to the propriety of taking judicial notice and the "tenor" of the matter noticed. FRE 201(e).

Judicially noticed facts often consist of matters of public record. See *Murillo-Ortega v. United States*, Nos. CV-F-05-1585 OWW, CR-F-98-5259 OWW, 2009 WL 416975, at *1 (E.D. Cal. Feb. 19, 2009) (Court "may take judicial notice of matters of public record…"); *Knight v. United States*, No. CV-F- 06-1230 OWW/DLP, 2009 WL 382629, at *1 n.1 (E.D. Cal. 2009); *United States ex rel. Dingle v. BioPort Corp.,* 270 F. Supp. 2d 968, 972 (W.D. Mich. 2003) (citation omitted) ("Public records and government documents are generally considered not to be subject to reasonable dispute … This includes public records and government documents available from reliable sources on the Internet."). See also *Tovar v. Midland Credit Mgmt.*, 2011 U.S. Dist. LEXIS 40103, 3 (S.D. Cal. Apr. 13, 2011).

Plaintiff MOHAMMAD ALI HEDAYATI respectfully requests the Court to take judicial notice of the following documents, which are matters of public record not subject to reasonable dispute.

1. Recorded CC&R 5011 Corkwood Ln (Exhibit 1).
2. Grant Deed 5011 Corkwood Ln (Exhibit 2).
3. Recorded Notice of delinquent assessment 11/20/14 (Exhibit 5).
4. Summons and verified complaint 30-2015-00806689 (Exhibit 11).
5. Civil case cover sheet 30-2015-00806689 (Exhibit 12).
6. Notice of Lis Pendens 30-2015-00806689 (Exhibit 14).
7. Proof of Service 30-2015-00806689 filed 9/10/15 (Exhibit 15).
8. Request for Entry of Default 30-2015-00806689 (Exhibit 16).

9. Request for dismissal doe defendants 30-2015-00806689 (Exhibit 17).

10. Dec. of Celia Lovell per CCP 585(d) & exhibits (Exhibit 18).

11. Dec. of Dena N. Sites In Support of Award of Atty Fees (Exhibit 19).

12. Dec. Pursuant to CCP S 1033 & CC 5675 & 5720 (Exhibit 20).

13. Notice of Entry of Judgment filed 1/25/16 (Exhibit 21).

14. Abstract of Judg. issued 2/4/16 (Exhibit 22).

15. Abstract of Judg. Riverside County recorded 3/22/16 (Exhibit 23).

16. Abstract of Judg. LA County recorded 3/21/16 (Exhibit 24).

17. Abstract of Judg. San Diego County recorded 3/24/16 (Exhibit 25).

18. Abstract of Judg. Orange County recorded 3/22/16 (Exhibit 26).

19. Abstract of Judg. San Bernardino County recorded 3/24/16 (Exhibit. 27).

20. Order setting aside proof of service and judgment filed 6/6/16 (Exhibit. 31).

Therefore, because the aforementioned documents are matters of public record not subject to reasonable dispute, the Court may take judicial notice of these exhibits in support of Plaintiff's evidence and testimony Defendant violated the FDCPA by using a false, deceptive, or misleading representation or means in connection with the collection of any debt and Defendant's use of any false representation or deceptive means to collect or attempt to collect any debt or to obtain information concerning a consumer.

May 24TH, 2017               _____s_____
                             Law Office of Andrew P Rundquist
                             Andrew Rundquist Attorney for Plaintiff

Plaintiff's Request for Judicial Notice and Basis for Requesting Judicial Notice     Case No. 8:16-cv-00846-DOC-DFM

# PROOF OF SERVICE

I am a resident of the State of California, over the age of 18 years, and not a party to the within action. My business address is Law Office of Andrew P Rundquist, 501 W Broadway Suite A144 San Diego, CA 92101. On May 24th, 2017, I served the within document(s):

**PLAINTIFF MOHAMMAD ALI HEDAYATI'S REQUEST FOR JUDICIAL NOTICE and BASIS FOR REQUESTING JUDICIAL NOTICE**

X    CM/ECF – by transmitting electronically the document(s) listed above to the electronic case filing system on this date before 11:59 p.m. The Court's CM/ECF system sends an e-mail notification of the filing to the parties and counsel of record who are registered with the Court's CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the above is true and correct. Executed on May 24th, 2017, at San Diego, CA.

By: /s/ Andrew P Rundquist
Andrew P Rundquist