MICHAEL R. PERRY, ESQ. (SBN 193819)
LARRY M. ROBERTS, ESQ. (SBN 107160)
THE PERRY LAW FIRM, APLC
20523 Crescent Bay Drive, 2nd Fl.
Lake Forest, CA 92630
T: (949) 379-3141
F: (949) 379-4144

Attorneys for Defendants, The Perry Law Firm,
A Professional Law Corporation, a California Professional Corporation

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMMAD ALI HEDAYATI, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>The Perry Law Firm, APLC; and DOES 1-10, Inclusive,<br><br>Defendants | **Case No.: 8:16-cv-00846-DOC**<br><br>**JUDGMENT PURSUANT TO U.S. DISTRICT JUDGE DAVID O. CARTER'S FINDINGS OF FACT AND CONCLUSIONS OF LAW** |

Pursuant to the Findings of Fact and Conclusions of Law issued and filed by U.S. District Court Judge, David O. Carter, on October 27, 2017 (Dkt. #90) the Court hereby orders Final Judgment against Plaintiff MOHAMMAD ALI HEDAYATI, an individual.

1

**JUDGMENT PURSUANT TO U.S. DISTRICT JUDGE DAVID O. CARTER'S FINDINGS OF FACT AND CONCLUSIONS OF LAW**

Good cause being shown herein, it is hereby ORDERED and ADJUDGED:

1. That the findings of fact and conclusions of law (Dkt. #90) are hereby the judgment of this Court; and

2. that Defendant is the prevailing party.

IT IS SO ORDERED.

DATE: November 30, 2017

_____
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE